SHOE FORM CO., Inc., Plaintiff-Appellant,
v. IRWIN CORPORATION, Defendant-Appellee.

No. 62, Docket 20729.

Circuit Court of Appeals, Second Circuit.

Nov. 17, 1947.

Holland & Armstrong, of New York City (Norman N. Holland, of New York City, Frederick L. Edmands, of Boston, Mass., and Dudley W. King, of New York City, of counsel), for appellants.

W. Lee Helms, of New York City, for appellee.

Before SWAN, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 68 F.Supp. 618.

---

Amelia M. WETZORK, Administratrix of the Estate of Frederick F. Wetzork, Deceased, v. READING COMPANY, Appellant.

No. 9406.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 4, 1947.
Decided Nov. 20, 1947.

Henry R. Heebner, of Philadelphia, Pa. (Wm. Clarke Mason, of Philadelphia, Pa., on the brief), for appellant.

B. Nathaniel Richter, of Philadelphia, Pa. (Richter, Lord & Farage, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

---

Garson ARMON, Appellant, v. UNITED STATES of America, Appellee.

No. 10252.

Circuit Court of Appeals, Sixth Circuit.

Nov. 24, 1947.

Joseph A. Cassese, of Detroit, Mich., for appellant.

Thomas P. Thornton, of Detroit, Mich., for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on for hearing on oral argument, on October 10, 1947, at which time no briefs had been filed by the attorneys.

Time was allowed for the filing of briefs; and the same having been considered, along with the transcript of record and the oral arguments in the cause; no reversible error appearing and it being manifest that the appellant was convicted by verdict of a jury on obviously substantial evidence; the judgment of conviction and sentence is affirmed.